UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBBY LEWIS, *et al.*,

    Plaintiffs,

    v.

EVERETT HIGH SCHOOL, *et al.*,

    Defendants.

Case No. C07-786RSL

ORDER TO SEAL COMPLAINT
AND FILE REDACTED COPY

    This matter comes before the Court *sua sponte*. The plaintiffs' complaint in this case contains private and personal information, specifically, the full name of a minor, that needs to be redacted from public documents.

    Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

    \* Dates of Birth - redact to the year of birth

    \* Names of Minor Children - redact to the initials

    \* Social Security Numbers - redact to the last four digits

ORDER TO SEAL AND
FILE REDACTED COPY - 1

1     * Financial Accounting Information - redact to the last four digits

2     The General Order was issued by the court pursuant to the official policy on
3 privacy adopted by the Judicial Conference of the United States and can be found on the
4 court's website at http://www.wawd.uscourts.gov/docs.  All documents filed in the
5 above-captioned matter must comply with the Privacy Policy and the General Order.

6     In order to restrict access to the private and confidential information that has
7 already made its way into the record in an expeditious manner, the Clerk of Court is
8 hereby directed to seal the complaint, Dkt. #1.  Plaintiffs shall make every effort to avoid
9 such public disclosures of confidential information in the future.

10     As a result of the improper filing, an important part of the record is now sealed,
11 which is inconsistent with the public's right of access.  Plaintiffs are therefore
12 ORDERED to file, within twenty days of the date of this order, a redacted copy of the
13 complaint.  If plaintiffs have any questions about the Privacy Policy and the General
14 Order or need assistance in filing and properly labeling the redacted copy, they should
15 contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

17     DATED this 24th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

26 ORDER TO SEAL AND FILE REDACTED COPY - 2