01
02
03
04
05

06      UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07              AT SEATTLE

08  ROBBY LEWIS, et al.,             )   CASE NO. C07-0786-RSL
                                     )
09          Plaintiffs,               )
                                     )
10      v.                           )   ORDER RE: MOTION FOR
                                     )   APPOINTMENT OF COUNSEL
11  EVERETT HIGH SCHOOL, et al.,     )
                                     )
12          Defendants.               )
    _____)
13

14      Plaintiffs, proceeding *pro se* and *in forma pauperis* in this civil action, request appointment

15  of counsel. (Dkt. 21.) Having considered plaintiff's motion, the Court hereby finds and ORDERS:

16      (1)     There is no right to appointment of counsel in a civil case. Although the Court,

17  under 28 U.S.C. § 1915(e)(1), may request counsel to represent a party proceeding *in forma*

18  *pauperis*, plaintiffs has shown neither exceptional circumstances, nor an inability to articulate their

19  claims *pro se* warranting the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328,

20  1331 (9th Cir. 1986). Accordingly, plaintiffs' motion for appointment of counsel is DENIED.

21  / / /

22  / / /

ORDER RE: MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -1

(2)    The Clerk shall send a copy of this Order to the parties and to the Hon. Robert S. Lasnik.

DATED this 11th day of September, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -2